# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-five.

Before:     Gerard E. Lynch,
                Beth Robinson,
                Alison J. Nathan,
                      *Circuit Judges*.

---

Michael Walker,

        Plaintiff - Appellant,

  v.

The City of New York,

        Defendant - Appellee.

---

**ORDER**

Docket No. 24-1273

      Appellant, pro se, moves to recall the mandate and for leave to file a motion for reconsideration out of time.

      IT IS HEREBY ORDERED that the motion to recall the mandate is GRANTED and Appellant's motion for reconsideration is accepted for filing. Having duly considered Appellant's motion for reconsideration, the motion is DENIED on the merits because it offers no argument the Court has not already considered.

                                                          For the Court:

                                                             Catherine O'Hagan Wolfe,
                                                              Clerk of Court